RECEIVED

DEC - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Bourgeois | Civil Action No. 16-00494 |
| versus | Judge Rebecca F. Doherty |
| Valero Energy Corp., et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff, Brenda Fontenot Bourgeois', Motion to Dismiss Pursuant To Rule 12(b)(1), Lack of Subject Matter Jurisdiction And Motion To Remand To State District Court [Rec. Doc. 26] be **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this _1st_ day of _December_, 2016.

Rebecca F. Doherty
United States District Judge