RECEIVED

DEC 2 2 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Bourgeois | Civil Action No. 16-00494 |
| versus | Judge Rebecca F. Doherty |
| Valero Energy Corp., et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that (1) the Motion[s] To Dismiss Pursuant To Federal Rule 12(b)(6) filed by Defendants Principal Life Insurance Co. [Rec. Doc. 12], Alon USAGP LLC [Rec. Doc. 18], Valero Energy Corporation [Rec. Doc. 20], and Merrill Lynch Pierce Fenner & Smith Inc. [Rec. Doc. 25] be **GRANTED** and Plaintiff's claims against all defendants be **DISMISSED WITH PREJUDICE**; and (2) Plaintiff's Voluntary Motion To Dismiss, Without Prejudice, Claims Against Defendants, From Suit Pursuant To Rule 41(a)(1) And Retains All Claims Against Remaining Defendants, Desiree N. Bourgeois, Hannah R. Bourgeois, Estate Of Anthony S. Bourgeois, And Many Other Beneficiaries (Known) And Unknown [Rec.

Doc. 36] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22 day of December, 2016.

Rebecca F. Doherty
United States District Judge